UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 DEC 28  P 3: 22
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA    )
                            )    04MJ 00282-JLA
        v.                  )    CRIMINAL NO. MBD
                            )
NUEREL CARR                 )    04 MBD 10361
        Defendant.          )

## GOVERNMENT'S MOTION TO EXTEND TIME TO INDICT

Now comes the United States, by its attorneys, Michael J.
Sullivan, United States Attorney, and David G. Tobin, Assistant
U.S. Attorney, and hereby moves to extend the time by which the
United States must indict Nuerel Carr ("Carr").  Carr was
arrested by federal agents on November 24, 2004, in Quincy,
Massachusetts.  On the same day, a criminal complaint was issued
by the United States District Court charging Carr with knowingly
and intentionally possessing cocaine, a Schedule II controlled
substance, with intent to distribute in violation of Title 21
United States code, Section 841(a)(1) and Title 18 United States
Code, Section 2.  Carr made his initial appearance before the
Court on November 24, 2004, at which time the United States made
an oral motion to detain Carr.  Magistrate Judge Alexander
conducted a detention hearing on December 7, 2004, at which time
Carr requested voluntary detention.  Pursuant to Title 18 United
States Code, Section 3161(b), an indictment charging Carr must be
filed within thirty days from the date of his arrest.  Pursuant
to Title 18 United States Code, Section 3161(h)(1)(F), the period
from November 24, 2004, the date on which the United States made

an oral motion to detain Carr, to December 7, 2004, the date the Court disposed of the government's detention motion, is excluded from Speedy Trial Act calculations. The thirty day speedy trial clock commenced on December 8, 2004. The defendant must be indicted by the end of January 6, 2004. The United States moves this Honorable Court to exclude the period from December 8, 2004 to and including December 18, 2004, from the provisions of the Speedy Trial Act (excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)). Edward L. Hayden, Esquire, counsel for Defendant Carr, assented to the motion during a telephone call with the undersigned on December 20, 2004. The requested delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
DAVID G. TOBIN
Assistant U.S. Attorney